Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY GILL, Respondent, v GARY GREENE, as Superintendent of Great Meadow Correctional Facility, Appellant.

Submitted December 8, 2008; decided December 16, 2008

Motion to vacate this Court's November 21, 2008 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY GILL, Respondent, v GARY GREENE, as Superintendent of Great Meadow Correctional Facility, Appellant.

Submitted December 1, 2008; decided December 16, 2008

Motion by District Attorneys Association of the State of New York for leave to file a brief amicus curiae on the appeal herein granted. Three copies of the brief must be served and an original and 24 copies filed within seven days.

[902 NE2d 952, 874 NYS2d 399]

In the Matter of PAUL G. KENNY, Appellant, v THOMAS P. DI-NAPOLI, as New York State Comptroller, Respondent.

Decided December 17, 2008